Ralph R. Bradley, Appellee, v. Shore Line Yellow Cab Company, Appellant.

Gen. No. 10,114.

opinion filed December 12, 1946; rehearing denied February 3, 1947; released for publication February 5, 1947.

Mortimer Singer and Esther C. Singer, for appellant; Hall, Hulse, Meyer & Carey, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.